Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
TOESOX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOESOX, INC., a California corporation,<br><br>        Plaintiff<br><br>vs.<br><br>TOEZ, a New Jersey limited liability company; Kelly Sheppard, an individual; and DOES 1-10 inclusive,<br><br>        Defendants | Case No. **'14CV2542 JAH NLS**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS. 7,346,935 AND D707,036**<br><br>**DEMAND FOR JURY TRIAL** |

Toez and Kelly Sheppard manufactures, sells, offers for sales, imports and uses a five-toed sock under the brand "TOEZ" (hereinafter "the TOEZ sock"). The TOEZ sock infringes one or more claims of U.S. Patent No. 7,346,935, the current assignee of which is Plaintiff TOESOX, INC and U.S. Patent No. D707,036. Accordingly, Plaintiff alleges and complains of Defendants TOEZ and Kelly Sheppard as follows:

///

///

## PARTIES

1. Plaintiff TOESOX, INC is a corporation organized and existing under the laws of the State of California and has a principal place of business in Carlsbad California.

2. Defendant TOEZ is a limited liability company organized and existing under the laws of the State of New Jersey and has a principal place of business at 68 White Street 7-155 Red Bank, NJ 07701. TOEZ has several retail stores to promote and sell its products throughout the United States, including an online store located at WWW.URTOEZ.COM.

3. Defendant Kelly Sheppard is an individual residing in New Jersey with a residence address of 297 Spring Street, Apt. 2, Red Bank, NJ 07701.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendant TOEZ and Kelly Sheppard under Fed. R. Civ. P. 4(k)(1)(A) and California's long-arm statute, Cal. Civ. Proc. Code § 410.10, as Defendants have continuous business contacts with the State of California, have a business presence in the state of California and have committed the complained-of acts in California, thereby causing damage to Plaintiff in this judicial district.

5. This Court has subject matter jurisdiction pursuant to the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1338(a).

6. Venue is proper in this district under 28 U.S.C. § 1400 because TOEZ and Kelly Sheppard have committed acts of infringement and has a regular and established place of business in this district.

## BACKGROUND FACTS

7. On March 25, 2008, United States Patent No. 7,346,935 entitled "Stretchable High Friction Socks" ("the '935 patent") was duly and legally issued to Joe Patterson. A true copy of the '935 patent is attached hereto as Exhibit A.

8. On June 17, 2014, United States Patent No. D707,036 entitled "Sock" ("the '036 Patent") was duly and legally issued to Joe Patterson and assigned to Toesox. A true copy of the '036 patent is attached hereto as Exhibit B. The '935 and '036 patents are collectively referred to as "the patents-in-suit".

9. TOESOX is the record owner by assignment of the '935 and '036 patents with full and exclusive right to bring suit to enforce these patents.

10. The patents-in-suit relate generally to foot apparel, including a woven sock having a multitude of high friction buttons arrayed around the bottom thereof.

11. Plaintiff purchased from TOEZ online retail store located at WWW.URTOEZ.COM the yoga sock. The sock is sold under the registered brand named TOEZ. A photograph of Defendants' product is attached hereto as Exhibit C.

12. The TOEZ registered brand name is owned by Kelly Sheppard.

13. TOEZ and Kelly Sheppard are aware of the patents-in-suit and have been and are infringing, contributing to infringement, and/or inducing others to infringe the patents-in-suit by making, using, offering for sale, selling and/or importing the TOEZ sock. Defendants' acts of infringement have occurred within this district and elsewhere throughout the United States.

14. TOEZ and Kelly Sheppard have willfully infringed the patents-in-suit by continuing their acts of infringement after being on notice of these patents by TOESOX's patents being marked on their sock products.

## COUNT 1
## PATENT INFRINGEMENT

15. TOESOX hereby realleges and incorporates by this reference paragraphs 1 through 14 above as though fully set forth herein.

17. In violation of 35 U.S.C. § 271, TOEZ and Kelly Sheppard have infringed and are continuing to infringe, literally and/or under the doctrine of equivalents, the patents-in-suit by practicing one or more claims of the patents-in-suit in their manufacture, use, offering for sale, sale and importation of the TOEZ sock.

18. TOESOX has been damaged by Kelly Sheppard's infringement and, unless Kelly Sheppard is enjoined Kelly Sheppard will continue her infringing activity and TOESOX will continue to be damaged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff TOESOX prays for the following relief against Kelly Sheppard:

A. a preliminary and permanent injunction against Kelly Sheppard, its officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, all assignees and successors in interest, and those persons in active concert or participation with Kelly Sheppard, enjoining it from continuing acts of infringement of the patents-in-suit;

B. an award of damages under 35 U.S.C. § 284 for ICON's infringement of the patents-in-suit, together with pre-judgment and post-judgment interest;

C. a trebling of said damages pursuant to 35 U.S.C. § 284;

D. an award of attorney's fees pursuant to 35 U.S.C. § 285; and

E. any such other relief that this Court deems just and proper.

Dated:  October 24, 2014           STETINA BRUNDA GARRED & BRUCKER


                              By: s/Kit M. Stetina
                                  Kit M. Stetina
                                  Attorneys for Plaintiff
                                  TOESOX, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

# DEMAND FOR JURY TRIAL

Plaintiff, Toesox, Inc. hereby demands a jury trial in this action.

Dated: October 24, 2014        STETINA BRUNDA GARRED & BRUCKER


By: <u>s/Kit M. Stetina</u>
    Kit M. Stetina
    Attorneys for Plaintiff
    TOESOX, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No.                         5
COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS. 7,346,935 AND D707,036